**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FREEDOM WATCH INC.<br><br>Plaintiff<br><br>v.<br><br>U.S. DEPARTMENT OF STATE, *et al*<br><br>Defendants. | Case Number:   1:20-cv-794 |

**REQUEST FOR RECUSAL**

    Plaintiff Freedom Watch and its undersigned counsel respectfully request that the judge randomly assigned to this case recuse himself and send the case back into the random assignment pool, as it would appear from prior cases which include *Corsi v. Caputo,* 1:19-cv-1573, *Corsi v. Stone*, 1:19-cv-324, and *Corsi v. Infowars, LLC*, 1:19-cv-656 that he does not want, for whatever reason, to timely or adjudicate at all cases which the undersigned counsel and his clients have filed. *See Corsi v. Caputo,* 1:19-cv-1573, Response to Order to Show Cause ECF No. 21.

    In addition, as reflected in one of the Court's own memoranda opinions (*See* Response to Order to Show Cause, ECF No. 21), despite authority that the venue for these cases could lie in his Court, this presiding judge ruled to the contrary after much time had passed, resulting in some statutes of limitations having expired on defamation counts.

    The Court has thus, in an untimely fashion, transferred cases to other jurisdictions or dismissed the operative complaints outright without prejudice. This has cost plaintiffs much time and money and the prospect of now litigating these cases all over the nation, particularly during this emergency period resulting from the COVID-19 pandemic and crisis, when travel is significantly curtailed for health reasons and also because of the lack of airline flights as airlines

face financial ruin, is thus extremely costly, impracticable and potentially prohibitive. Much prejudice has thus already occurred to these plaintiffs, which includes the undersigned counsel.

*For these compelling reasons, Plaintiff respectfully asks that this Court voluntarily recuse itself from this latest case.*

Dated: March 25, 2020                                                                    Respectfully Submitted,

                                                                               */s/ Larry Klayman*
                                                                              Larry Klayman, Esq.
                                                                              KLAYMAN LAW GROUP, P.A.
                                                                              D.C. Bar Number: 334581
                                                                              2020 Pennsylvania Ave NW #800
                                                                              Washington, DC, 20006
                                                                              Telephone: (310)-595-0800
                                                                              Email: leklayman@gmail.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically and served through the court's ECF system to all counsel of record or parties on March 25, 2020.

                                                                              */s/ Larry Klayman*
                                                                              Larry Klayman, Esq.